AO 470 (Rev. 8/85) Order of Temporary Detention

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
11-8-05
MICHAEL N. MILBY, CLERK
DEPUTY

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __TEXAS__

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> V. <br><br> DARRELL WAYNE MONROE, JR <br> _Defendant_ | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** <br><br> Case Number: H-05-7 |

Upon motion of the __UNITED STATE GOVERNMENT__, it is ORDERED that a detention hearing is set for __11-10-05__ * at __10:00 A.M.__
     _Date_                      _Time_

before __UNITED STATES MAGISTRATE JUDGE CALVIN BOTLEY__
           _Name of Judicial Officer_

__HOUSTON, TEXAS__
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
     _Other Custodial Official_

Date: __11/08/05__                                                        _/s/ Calvin Botley_
                                                                              _Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.