UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **VS.** § | |
| § | **CRIMINAL NO. H-05-0007-1** |
| **DARRELL WAYNE MONROE, JR.,** § | |
| § | |
| **Defendant.** § | |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant's sealed motion, Docket No. 24. Defendant's counsel has now represented to the Court that the motion has been rendered moot by the agreement of the parties. The motion is, therefore, **DENIED AS MOOT WITHOUT PREJUDICE TO REFILING**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 25th day of January, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**

1