IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

vs.                                                              Cr. No. H-05-07

DARRELL WAYNE MONROE, Jr.

## ORDER

Finding that the interests of justice outweigh the defendant's and the
public's interests in a speedy trial, this Court grants the defendant's motion for a
continuance for the reasons stated in the defendant's motion.  Jury selection and
trial are rescheduled to *March 20, 2006*, at *8:30* a.m.  The evidentiary
hearing on the defendant's pending motion to suppress is rescheduled to occur on
*February 27, 2006*, at *1:30* a.m. *p.m.*

Signed this *25th* day of *January*, 2006, at Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE